CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 25 2012

JULIA C. DUDLEY, CLERK
BY: /s/ H. McDermaid
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GREGORY D. GRAVES,<br>    Petitioner, | Civil Action No. 7:12-cv-00503 |
| v. | **ORDER** |
| DEPARTMENT OF CORRECTIONS,<br>    Respondent. | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED without prejudice** as successive; a Certificate of Appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 25th day of October, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge